IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARTHUR LEE WITHERSPOON, # 260000, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| DEWAYNE ESTES, *et al.*, | ) ) |
| Respondents. | ) |

CASE NO. 3:14-CV-165-WKW

## **ORDER**

On February 12, 2016, the Magistrate Judge filed a Recommendation (Doc. # 9) to which Petitioner timely filed an objection (Doc. # 11). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), and finds that the objection is without merit.

Accordingly, it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 11) is OVERRULED;

(2) The Recommendation (Doc. # 9) is ADOPTED;

(3) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED;

(4) All pending motions are DENIED as moot; and

(5) This case is DISMISSED with prejudice because the petition is time-barred by the one-year limitation period in 28 U.S.C. § 2244(d).

A separate final judgment will be entered.

DONE this 4th day of March, 2016.

                                              /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE